UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID C. T. II,

           Plaintiff,

  v.

NANCY BERRYHILL, Deputy Commissioner of Social Security for Operations,

           Defendant.

CASE NO. 3:18-cv-05399-RAJ-TLF

AMENDED REPORT AND RECOMMENDATION

Noting Date: November 1, 2018

The District Court has referred this action, filed pursuant to 42 U.S.C. § 405(g), to United States Magistrate Judge Theresa L. Fricke. The Report and Recommendation issued on October 9, 2018, granting the parties Stipulated Motion for Remand (Dkt. 12), hereby is amended as set forth below.

After reviewing the parties' Stipulated Motion and the relevant record, the undersigned recommends that the Stipulated Motion be granted, and the case be reversed and remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) in accordance with the following:

- The parties agree that the ALJ's evaluation of medical evidence relating to Dr.

Norman Staley, M.D. placed great weight on Dr. Staley's opinion yet failed to account for his opinion regarding plaintiff's limitation regarding exposure to noise.

- On remand, plaintiff shall be provided a *de novo* hearing before an ALJ, and a new decision in regard to plaintiff's application(s) for benefits under the Social Security Act.

- On remand, the ALJ will: (a) re-evaluate Dr. Staley's opinion and plaintiff's subjective complaints; (b) reassess residual functional capacity as necessary; (c) obtain supplemental vocational expert evidence to evaluate whether plaintiff could perform his past relevant work or other work occurring in significant numbers in the national economy; and (d) consistent with Social Security Ruling 00-4p, elicit an explanation from the vocational expert regarding the conflict between a limitation to simple work and any jobs with a Reasoning Level of 3 or more, if necessary.

- Plaintiff is entitled to reasonable attorney fees and expenses pursuant to sentence four of 42 U.S.C. § 405(g), and 28 U.S.C. § 2412(d), upon proper request to the Court, and also is entitled to costs as enumerated in 28 U.S.C. § 1920, pursuant to 28 U.S.C. § 2412(a).

- Judgment should be entered for plaintiff.

Given the facts and the parties' stipulation, the Court recommends the District Judge immediately approve this Report and Recommendation.

Dated this 1st day of November, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge