UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID C. T. II,

                Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                Defendant.

Case No. 2:18-cv-05399-RAJ-TLF

ORDER REMANDING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed the parties Stipulated Motion for Remand (Dkt. 21), the amended Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) This matter is remanded and judgment shall be entered for plaintiff in accordance with the findings contained in the Report and Recommendation.

Dated this 6th day of February, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER REMANDING DEFENDANT'S DECISION TO
DENY BENEFITS - 1