UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHARLES TURNER II,<br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | 3:18-CV-05399-RAJ<br><br><br><br>ORDER FOR ATTORNEY FEES |

    The Court finds and orders an attorney fee of $13,332.88 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fee of $1,491.84 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

    Dated this 19th day of November, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge